UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL PEREIRA, <br><br> Plaintiff, <br><br> - against - <br><br> SOURCE DIGITAL, INC., <br><br> Defendant. | Docket No. 1:19-cv-1820 <br><br> JURY TRIAL DEMANDED |

# COMPLAINT

Plaintiff Al Pereira ("Pereira" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Source Digital, Inc. ("Source" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Chuck D and Tupac, owned and registered by Pereira, a New York based professional photographer. Accordingly, Pereira seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Pereira is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 360 Ocean Parkway, Apt. 6M, Brooklyn, NY 11230.

6. Upon information and belief, Source is a domestic business corporation duly organized and existing under the laws of the State of New Yok, with a place of business 29. W. 46th Street, 3rd floor, New York, NY 10036. Upon information and belief Source is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Source has owned and operated a website at the URL: http://thesource.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Pereira photographed Chuck D and Tupac (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Pereira is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-065-045 and titled "Chuck D and Tupac."  See Exhibit B.

### B. Defendant's Infringing Activities

10. Source ran an article on the Website titled *READ TUPAC'S 1995 LETTER FROM CLINTON CORRECTIONAL FACILITY TO CHUCK D*. See URL http://thesource.com/2014/06/23/read-tupacs-1995-letter-from-clinton-correctional-facility-to-chuck-d/. The article prominently featured the Photograph.  The same photographs were

published as part of a printed photo collage by Source as part of their August 2017 print issue of The Source Magazine article "*2 Much Style*." The Photograph appeared on page 78. A true and correct copy of the article is attached hereto as Exhibit C as well as the cover and page 78 from the photographic collage.

11. Source did not license the Photograph from Plaintiff for its article, nor did Source have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Source infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Source is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Source be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages;

5. That Plaintiff be awarded costs, expenses, and attorney's fees;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 26, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Al Periera*