# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-065-045**

Effective Date of Registration:
July 27, 2017

## Title

**Title of Work:** Group Registration of Published Photographs; Tupac Shakur; all published 7/23/1993; 7 photographs

**Content Title:** Tupac 1
Tupac 2
Tupac 3
Tupac with Mic 1
Tupac with Mic 2
Chuck D and Tupac
Tupac, Biggie and Redman

## Completion/Publication

**Year of Completion:** 1993
**Date of 1st Publication:** July 23, 1993
**Nation of 1st Publication:** United States

## Author

- **Author:** Al Pereira
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Al Pereira
1360 Ocean Parkway, Apt. 6M, Brooklyn, NY, 11230, United States

## Certification

**Name:** Richard Liebowitz
**Date:** July 27, 2017

