# EXHIBIT C





 (https://www.facebook.com/TheSourceMagazine/)

 (https://twitter.com/TheSource/)

 (https://www.instagram.com/TheSource/)

HOME (HTTP://THESOURCE.COM) > HIP HOP CULTURE | HIP HOP ARTS AND LIFESTYLE (HTTP://THESOURCE.COM/CATEGORY/CULTURE/)

READ TUPAC'S 1995 LETTER FROM CLINTON CORRECTIONAL FACILITY TO CHUCK D

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)  JUNE 23, 2014





 (http://thesource.com/wp-content/uploads/2014/06/ChuckD_2Pac.jpg)

*While Pac was locked down for his rape conviction, he penned a letter to Chuck D that proves his relevance to those who are unfamiliar to his impact today*

'Pac's work is till revered as some of the most influential creations in the history of Hip Hop culture. From film to music and even literature, Tupac has left an everlasting impression on current and future generations.

Many know that Tupac's poetry has been highly acclaimed, however, not even 'Pac himself knew that a letter that he wrote to Chuck D., frontman of controversial rap conglomerate Public Enemy, from Clinton Correctional Facility, would be recognized for its literary genius laced with Shakur's keen insight.

The letter speaks about the internal and external impact Carlton Ridenhour had on the young Tupac, something obviously overlooked by Hot 97's Peter Rosenberg during his embarrisng interview with the legendary icon. He also mentioned his forthcoming projects, which included appearances by contemporary revolutionary Sister Souljah and his then recent signing to Death Row Records. See the full letter below.

-Sha Be Allah(@KingPenStatus)



[(http://thesource.com/wp-content/uploads/2014/06/tupacletter.jpg)](http://thesource.com/wp-content/uploads/2014/06/tupacletter.jpg)

PUBLIC ENEMY (HTTP://THESOURCE.COM/TAG/PUBLICENEMY/)

TUPAC SHAKUR (HTTP://THESOURCE.COM/TAG/TUPACSHAKUR/)

SUBSCRIBE TO THE SOURCE ONLINE

TYPE IN YOUR EMAIL ADDRESS

## ABOUT THE AUTHOR

**Sha Be Allah (http://thesource.com/author/pologod/)**
The Source Magazine Staff Writer The Five Percenter Newspaper Parliament Editor

## RELATED POSTS



TYGA AND NICKI MINAJ REUNITE ON "DIP" VIDEO (HTTP://THESOURCE.COM/2018/10/30/TYGA-AND-NICKI-MINAJ-REUNITE-ON-DIP-VIDEO/)

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)   OCTOBER 30, 2018
(http://thesource.com/2018/10/30/tyga-and-nicki-minaj-reunite-on-dip-video/)



THE SAN ANTONIO SPURS ANNOUNCED THEY WILL RETIRE MANU GINOBILI'S NUMBER 20 (HTTP://THESOURCE.COM/2018/10/30/THE-SAN-ANTONIO-SPURS-ANNOUNCED-THEY-WILL-RETIRE-MANU-GINOBILIS-NUMBER-20/)

BY JASON COREY (HTTP://THESOURCE.COM/AUTHOR/JASON-COREY/)  OCTOBER 30, 2018 (http://thesource.com/2018/10/30/the-san-antonio-spurs-announced-they-will-retire-manu-ginobilis-number-20/)



VIRGINIA CITIES THREATEN TEENS WITH JAIL TIME FOR NOT MAKING HALLOWEEN CURFEW (HTTP://THESOURCE.COM/2018/10/30/VIRGINIA-CITIES-THREATEN-TEENS-WITH-JAIL-TIME-FOR-NOT-MAKING-HALLOWEEN-CURFEW/)

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)  OCTOBER 30, 2018 (http://thesource.com/2018/10/30/virginia-cities-threaten-teens-with-jail-time-for-not-making-halloween-curfew/)



ICE CUBE TO RELEASE NEW ALBUM 'EVERYTHANGS CORRUPT' IN DECEMBER (http://thesource.com/2018/10/30/ice-cube-to-release-new-album-everythangs-corrupt-in-december/)

BY SHAWN GRANT (HTTP://THESOURCE.COM/AUTHOR/SHAWN-GRANT/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/ice-cube-to-release-new-album-everythangs-corrupt-in-december/)



STEVE MADDEN SETS THE RECORD STRAIGHT AND TELLS NICKI MINAJ TO #STOPLYING (HTTP://THESOURCE.COM/2018/10/30/STEVE-MADDEN-SETS-THE-RECORD-STRAIGHT-AND-TELLS-NICKI-MINAJ-TO-STOPLYING/)

BY SHAWN GRANT (HTTP://THESOURCE.COM/AUTHOR/SHAWN-GRANT/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/steve-madden-sets-the-record-straight-and-tells-nicki-minaj-to-stoplying/)



APPLE'S IOS 12.1 UPDATE INTRODUCES GROUP FACETIME (http://thesource.com/2018/10/30/apples-ios-12-1-update-introduces-group-facetime/)

BY JASON CORDNER (http://thesource.com/author/jason-cordner/)  ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/apples-ios-12-1-update-introduces-group-facetime/)



DIPSET BACK: THE DIPLOMATS PLAN TO DROP THEIR NEW ALBUM 'DIPLOMATIC TIES' ON THANKSGIVING (http://thesource.com/2018/10/30/dipset-the-diplomats-new-album-diplomatic-ties/)

BY NEER HIGGINS (http://thesource.com/author/neer-at-higgins/)  ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/dipset-the-diplomats-new-album-diplomatic-ties/)



WILL WEED BE THE DECIDING FACTOR IN THE 2018 MIDTERM ELECTIONS? (HTTP://THESOURCE.COM/2018/10/30/WEED-MARIJUANA-2018-MIDTERM-ELECTIONS/)

BY KEENAN HIGGINS (HTTP://THESOURCE.COM/AUTHOR/KEENAN-HIGGINS/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/weed-marijuana-2018-midterm-elections/)

2 CHAINZ LAUNCHES NEW CANNABIS BRAND 'GAS CALIFORNIA' (HTTP://THESOURCE.COM/2018/10/30/2-CHAINZ-LAUNCHES-NEW-CANNABIS-BRAND-GAS-CALIFORNIA/)

BY MOCLASSIFIED (HTTP://THESOURCE.COM/AUTHOR/MOCLASSIFIED/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/2-chainz-launches-new-cannabis-brand-gas-california/)





CARDI B NAMED STAR OF THE YEAR ON PEOPLE EN ESPANOL COVER (http://thesource.com/2018/10/30/cardi-b-named-star-of-the-year-on-people-en-espanol-cover/)

BY SHAWN GRANT (http://thesource.com/author/shawn-grant/)   OCTOBER 30, 2018

TODAY IN HIP-HOP HISTORY: RUN-D.M.C.'S JAM MASTER JAY WAS SHOT AND KILLED IN HIS QUEENS STUDIO 16 YEARS AGO (http://thesource.com/2018/10/30/today-in-hip-hop-history-run-d-m-c-s-jam-master-jay-was-shot-and-killed-in-his-queens-studio-16-years-ago/)

BY SHA BE ALLAH (http://thesource.com/author/pologod/)   OCTOBER 30, 2018



DOCTOR DRÉ WAS SHOOTING A MUSIC VIDEO WAS COMING FOR DR DRE (http://thesource.com/2018/10/30/doctor-dre-dr-dre/)

BY MISS2BEES (HTTP://THESOURCE.COM/AUTHOR/ERICKAH2/)   ⊙ OCTOBER 30, 2018 (http://thesource.com/2018/10/30/doctor-dre-dr-dre/)

Ad


# NEW MUSIC



## JOIN US ON FACEBOOK



Ad





## JOIN OUR MAILING LIST

EMAIL ADDRESS

SUBSCRIBE

## BOOKMARKS

Documentation (http://codex.wordpress.org/)
Feedback (http://wordpress.org/support/forum/requests-and-feedback)
Plugins (http://wordpress.org/extend/plugins/)
Support Forums (http://wordpress.org/support/)
Themes (http://wordpress.org/extend/themes/)
WordPress Blog (http://wordpress.org/news/)
WordPress Planet (http://planet.wordpress.org/)

COPYRIGHT 2017. THE NORTHSTAR GROUP (HTTP://THENORTHSTARGROUP.CO).
ALL RIGHTS RESERVED.

PRIVACY (HTTP://THESOURCE.COM/PRIVACY-2/)    DMCA (HTTP://THESOURCE.COM/DMCA-2/)    TERMS OF SERVICE (HTTP://THESOURCE.COM/TERMS-OF-SERVICE/)
FACEBOOK (HTTPS://WWW.FACEBOOK.COM/THESOURCEMAGAZINE/)    INSTAGRAM (HTTPS://WWW.INSTAGRAM.COM/THESOURCE/)    TWITTER (HTTPS://TWITTER.COM/THESOURCE)