```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
AL PEREIRA,
                      Plaintiff,

      -against-

SOURCE DIGITAL, INC.,
                      Defendant.
------------------------------------------------------------- X

19-CV-1820 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, District Judge:

WHEREAS Plaintiff commenced this action on February 26, 2019, Dkt. 1;

WHEREAS the case was referred to mediation, and Defendant's time to answer or otherwise respond to the Complaint was stayed until 30 days after the conclusion of mediation, Dkt. 8;

WHEREAS the mediation process was terminated on March 25, 2019;

WHEREAS Defendant has not appeared or filed an answer or any other response; and

WHEREAS Plaintiff has not moved for a default judgment or otherwise taken any action to advance the case for approximately four months;

IT IS HEREBY ORDERED that, no later than **July 8, 2019**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute under Federal Rule 41(b) of Civil Procedure. If Plaintiff opposes dismissal of this case for failure to prosecute, Plaintiff must, by **July 8, 2019**, and in accordance with this Court's Individual Practices, move for an order to show cause why default judgment should not be entered against Defendant. Failure to comply with this Order will result in an immediate dismissal of the case.

**SO ORDERED.**

Date:  June 26, 2019
           New York, NY

_____
**VALERIE CAPRONI
United States District Judge**