UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL PEREIRA,<br><br>                              Plaintiff,<br><br>- against -<br><br>SOURCE DIGITAL, INC.<br><br>                              Defendant. | Docket No. 19-cv-01820 (VEC) |

## [PROPOSED] ORDER TO SHOW CAUSE
## FOR DEFAULT JUDGMENT

Upon the affidavit of Richard Liebowitz, sworn to the 8th day of July, 2019, and the exhibits annexed thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED,** that the above-named defendant, Source Digital, Inc. ("Defendant"), show cause at a hearing before this Court at the United States Courthouse, 40 Foley Square, New York, NY 10007, courtroom 443, in the City, County and State of New York, on _____, _____ at _____, or soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Al Pereira for the following relief:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Ordering Defendant to pay $5,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

4. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

5. Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that service of a copy of this order and annexed affidavit and exhibits upon Defendant be made via Defendant's authorized registered agent at its most current address listed by the Department of State, Division of Corporations in its state of incorporation on or before _____, _____, and shall be deemed good and sufficient service thereof. Any opposition to entry of a default judgment is due on or before _____, _____.

New York, NY

Dated: _____          **SO ORDERED.**


                                                                                             _____
                                                                                            Valerie E. Caproni (U.S.D.J.)