# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL PEREIRA,<br><br>       Plaintiff,<br><br> - against -<br><br>SOURCE DIGITAL, INC.,<br><br>       Defendant. | Docket No. 1:19-cv-1820<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Al Pereira ("Pereira" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Source Digital, Inc. ("Source" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.   This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Chuck D and Tupac, owned and registered by Pereira, a New York based professional photographer. Accordingly, Pereira seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

### JURISDICTION AND VENUE

2.   This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.   This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Pereira is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 360 Ocean Parkway, Apt. 6M, Brooklyn, NY 11230.

6.      Upon information and belief, Source is a domestic business corporation duly organized and existing under the laws of the State of New Yok, with a place of business 29. W. 46th Street, 3rd floor, New York, NY 10036. Upon information and belief Source is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Source has owned and operated a website at the URL: http://thesource.com (the "Website").

## STATEMENT OF FACTS

### A.      Background and Plaintiff's Ownership of the Photograph

7.      Pereira photographed Chuck D and Tupac (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Pereira is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VA 2-065-045 and titled "Chuck D and Tupac."  See Exhibit B.

### B.      Defendant's Infringing Activities

10.      Source ran an article on the Website titled *READ TUPAC'S 1995 LETTER FROM CLINTON CORRECTIONAL FACILITY TO CHUCK D.* See URL http://thesource.com/2014/06/23/read-tupacs-1995-letter-from-clinton-correctional-facility-to-chuck-d/. The article prominently featured the Photograph.  The same photographs were

published as part of a printed photo collage by Source as part of their August 2017 print issue of

The Source Magazine article "*2 Much Style*." The Photograph appeared on page 78. A true and

correct copy of the article is attached hereto as Exhibit C as well as the cover and page 78 from

the photographic collage.

11.     Source did not license the Photograph from Plaintiff for its article, nor did Source

have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-11 above.

13.     Source infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Source is not, and has never been, licensed or

otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Defendant

have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's

rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.  That Defendant Source be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.  That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3.  That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.  That Plaintiff be awarded punitive damages;

5.  That Plaintiff be awarded costs, expenses, and attorney's fees;

6.  That Plaintiff be awarded pre-judgment interest; and

7.  Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 26, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz, Esq.
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Al Periera*

# EXHIBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-065-045

**Effective Date of Registration:**
July 27, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration of Published Photographs; Tupac Shakur; all published 7/23/1993; 7 photographs |
| **Content Title:** | Tupac 1<br>Tupac 2<br>Tupac 3<br>Tupac with Mic 1<br>Tupac with Mic 2<br>Chuck D and Tupac<br>Tupac, Biggie and Redman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | July 23, 1993 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Al Pereira |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Al Pereira<br>1360 Ocean Parkway, Apt. 6M, Brooklyn, NY, 11230, United States |

## Certification

| | |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date:** | July 27, 2017 |

# EXHIBIT C





Case 1:19-cv-01898-YGR   Document 16-1   Filed 07/09/19   Page 14 of 26

(https://www.facebook.com/TheSourceMagazine/)

 (https://twitter.com/TheSource/)

 (https://www.instagram.com/TheSource/)

Q

HOME (HTTP://THESOURCE.COM)   >   HIP HOP CULTURE | HIP HOP ARTS AND LIFESTYLE (HTTP://THESOURCE.COM/CATEGORY/CULTURE/)

## READ TUPAC'S 1995 LETTER FROM CLINTON CORRECTIONAL FACILITY TO CHUCK D

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)   ⊙ JUNE 23, 2014





(http://thesource.com/wp-content/uploads/2014/06/ChuckD_2Pac.jpg)

*While Pac was locked down for his rape conviction, he penned a letter to Chuck D that proves his relevance to those who are unfamiliar to his impact today*

'Pac's work is till revered as some of the most influential creations in the history of Hip Hop culture. From film to music and even literature, Tupac has left an everlasting impression on current and future generations.

Many know that Tupac's poetry has been highly acclaimed, however, not even 'Pac himself knew that a letter that he wrote to Chuck D., frontman of controversial rap conglomerate Public Enemy, from Clinton Correctional Facility, would be recognized for its literary genius laced with Shakur's keen insight.

The letter speaks about the internal and external impact Carlton Ridenhour had on the young Tupac, something obviously overlooked by Hot 97's Peter Rosenberg during his embarrisng interview with the legendary icon. He also mentioned his forthcoming projects, which included appearances by contemporary revolutionary Sister Souljah and his then recent signing to Death Row Records. See the full letter below.

-Sha Be Allah(@KingPenStatus)

Sep 25, 1995

Peace Chuck

First of all, I'm sure u know how highly respected & loved u R by me. So your letter definitely warmed my heart. I was also touched by your offer and show of support. It will not go unnoticed. Thanks! It was good 2 hear how well u are doing but hey its only Right. Back in the dayz on tour with u I learned so much from what u did and how u did it. It may be hard 2 c but u have alwayz played a major Role in what it is I do 2day. I have a program I want 2 put together and I would like 4 u 2 be apart of it. I'll explain it 2 U in detail on another occasion. I also have a part 4 U in this movie if u R willing and 2 push my luck even More I would be honored if u would appear on this track & my Next album "Euthanasia" the track is called "Da Struggle Continuez" it will also feature Sista Souljah if God wills. So let me know. I Just recieved word that my bail pending appeal has been granted so I should be free by the time u recieve this. I'll include a number of my assistant until I get settled. I just Signed 2 Deathrow so I should be working on this album soon. thanx Again Chuck! I do believe we can make a difference and I have every intention of doing Just that. STAY STRONG! Keep Me in

(http://thesource.com/wp-content/uploads/2014/06/tupacletter.jpg)

PUBLIC ENEMY (HTTP://THESOURCE.COM/TAG/PUBLICENEMY/)     TUPAC SHAKUR (HTTP://THESOURCE.COM/TAG/TUPACSHAKUR/)

## SUBSCRIBE TO THE SOURCE ONLINE

TYPE IN YOUR EMAIL ADDRESS

SUBSCRIBE

# ABOUT THE AUTHOR

Sha Be Allah (http://thesource.com/author/pologod/)

The Source Magazine Staff Writer The Five Percenter Newspaper Parliament Editor

# RELATED POSTS



TYGA AND NICKI MINAJ REUNITE ON "DIP" VIDEO (HTTP://THESOURCE.COM/2018/10/30/TYGA-AND-NICKI-MINAJ-REUNITE-ON-DIP-VIDEO/)

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)  ⊘ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/tyga-and-nicki-minaj-reunite-on-dip-video/)



THE SAN ANTONIO SPURS ANNOUNCED THEY WILL RETIRE MANU GINOBILI'S NUMBER 20 (HTTP://THESOURCE.COM/2018/10/30/THE-SAN-ANTONIO-SPURS-ANNOUNCED-THEY-WILL-RETIRE-MANU-GINOBILIS-NUMBER-20/)

BY JASON (HTTP://THESOURCE.COM/AUTHOR/JAS/?CC=) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/the-san-antonio-spurs-announced-they-will-retire-manu-ginobilis-number-20/)



VIRGINIA CITIES THREATEN TEENS WITH JAIL TIME FOR NOT MAKING HALLOWEEN CURFEW (HTTP://THESOURCE.COM/2018/10/30/VIRGINIA-CITIES-THREATEN-TEENS-WITH-JAIL-TIME-FOR-NOT-MAKING-HALLOWEEN-CURFEW/)

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/virginia-cities-threaten-teens-with-jail-time-for-not-making-halloween-curfew/)



ICE CUBE TO RELEASE NEW ALBUM 'EVERYTHANGS CORRUPT' IN DECEMBER (HTTP://THESOURCE.COM/2018/10/30/ICE-CUBE-TO-RELEASE-NEW-ALBUM-EVERYTHANGS-CORRUPT-IN-DECEMBER/)

BY SHAWN GRANT (HTTP://THESOURCE.COM/AUTHOR/SHAWN-GRANT/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/ice-cube-to-release-new-album-everythangs-corrupt-in-december/)



STEVE MADDEN SETS THE RECORD STRAIGHT AND TELLS NICKI MINAJ TO #STOPLYING (HTTP://THESOURCE.COM/2018/10/30/STEVE-MADDEN-SETS-THE-RECORD-STRAIGHT-AND-TELLS-NICKI-MINAJ-TO-STOPLYING/)

BY SHAWN GRANT (HTTP://THESOURCE.COM/AUTHOR/SHAWN-GRANT/) ⊙ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/steve-madden-sets-the-record-straight-and-tells-nicki-minaj-to-stoplying/)



APPLE'S IOS 12.1 UPDATE INTRODUCES GROUP FACETIME (HTTP://THESOURCE.COM/2018/10/30/APPLES-IOS-12-1-UPDATE-INTRODUCES-GROUP-FACETIME/)

BY JASON CORDNER (HTTP://THESOURCE.COM/AUTHOR/JASON-CORDNER/) ⊙ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/apples-ios-12-1-update-introduces-group-facetime/)



DIPSET BACK: THE DIPLOMATS RIGHT A NEW ALBUM TITLED "DIPLOMATIC TIES" ON THE WAY (HTTP://THESOURCE.COM/2018/10/30/DIPSET-THE-DIPLOMATS-NEW-ALBUM-DIPLOMATIC-TIES/)

BY JASON CORDNER (HTTP://THESOURCE.COM/AUTHOR/JASON-CORDNER/) ⊙ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/dipset-the-diplomats-new-album-diplomatic-ties/)



WILL WEED BE THE DECIDING FACTOR IN THE 2018 MIDTERM ELECTIONS? (HTTP://THESOURCE.COM/2018/10/30/WEED-MARIJUANA-2018-MIDTERM-ELECTIONS/)

BY KEENAN HIGGINS (HTTP://THESOURCE.COM/AUTHOR/KEENAN-HIGGINS/) ⊙ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/weed-marijuana-2018-midterm-elections/)



2 CHAINZ LAUNCHES NEW CANNABIS BRAND 'GAS CALIFORNIA' (HTTP://THESOURCE.COM/2018/10/30/2-CHAINZ-LAUNCHES-NEW-CANNABIS-BRAND-GAS-CALIFORNIA/)

BY UNCLASSIFIED (HTTP://THESOURCE.COM/AUTHOR/MORGENSTEIN/) ⊙ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/2-chainz-launches-new-cannabis-brand-gas-california/)



STAR OF THE YEAR

People

EN ESPAÑOL

" ESTOY ORGULLOSA DE SER LATINA "

EXCLUSIVA

LIN-MANUEL MIRANDA
CONQUISTA HOLLYWOOD

LAS LOCURAS DE VERÓNICA CASTRO

Cardi B

DEL SUR DEL BRONX AL ESTRELLATO. LA ARTISTA
NÚMERO UNO DEL MOMENTO NOS HABLA EN EXCLUSIVA
DE SU ROL MÁS IMPORTANTE: SER MAMÁ

Case 1:19-cv-01824-VEC Document 2-3 Filed 02/28/19 Page 23 of 26

BY SHAWN GRANT (HTTP://THESOURCE.COM/AUTHOR/SHAWN-GRANT/)  ⊘ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/cardi-b-named-star-of-the-year-on-people-en-espanol-cover/)



TODAY IN HIP-HOP HISTORY: RUN-D.M.C.'S JAM MASTER JAY WAS SHOT AND KILLED IN HIS QUEENS STUDIO 16 YEARS AGO (HTTP://THESOURCE.COM/2018/10/30/TODAY-IN-HIP-HOP-HISTORY-RUN-D-M-C-S-JAM-MASTER-JAY-WAS-SHOT-AND-KILLED-IN-HIS-QUEENS-STUDIO-16-YEARS-AGO/)

BY SHA BE ALLAH (HTTP://THESOURCE.COM/AUTHOR/POLOGOD/)  ⊘ OCTOBER 30, 2018

(http://thesource.com/2018/10/30/today-in-hip-hop-history-run-d-m-c-s-jam-master-jay-was-shot-and-killed-in-his-queens-studio-16-years-ago/)



DOCTOR DRE WAS SHOOTING A MUSIC VIDEO WAS CONTENT (HTTP://THESOURCE.COM/2018/10/30/DOCTOR-DRE-DR-DRE/)

BY KISS2BEES (HTTP://THE... ... ⊙ OCTOBER 30, 2018
(http://thesource.com/2018/10/30/doctor-dre-dr-dre/)

Ad



# NEW MUSIC

Hip-Hop and R&B
The Source

|◁    ▷|  ⏸

| 9 | Again | 3:40 |
|---|---|---|
| | Kehlani | |
| 10 | Sativa | 4:36 |
| | Jhene Aiko, Swae Lee | |
| 11 | Nice For What | 3:30 |
| | Drake | |
| 12 | Remind Me to Forget | 3:37 |
| | Kygo, Miguel | |
| 13 | Call Out My Name | 3:48 |
| | The Weeknd | |
| 14 | Doves In The Wind | 4:26 |
| | SZA, Kendrick Lamar | |

# JOIN US ON FACEBOOK



The Source Magazine
1,837,078 likes

Like Page          Watch Video

Ad

WITH CLASS LEADING
REAR LEG ROOM



# JOIN OUR MAILING LIST

EMAIL ADDRESS

SUBSCRIBE

# BOOKMARKS

Documentation (http://codex.wordpress.org/)
Feedback (http://wordpress.org/support/forum/requests-and-feedback)
Plugins (http://wordpress.org/extend/plugins/)
Support Forums (http://wordpress.org/support/)
Themes (http://wordpress.org/extend/themes/)
WordPress Blog (http://wordpress.org/news/)
WordPress Planet (http://planet.wordpress.org/)

COPYRIGHT 2017. THE NORTHSTAR GROUP (HTTP://THENORTHSTARGROUP.CO)
ALL RIGHTS RESERVED.

PRIVACY (HTTP://THESOURCE.COM/PRIVACY-2/)    DMCA (HTTP://THESOURCE.COM/DMCA-2/)    TERMS OF SERVICE (HTTP://THESOURCE.COM/TERMS-OF-SERVICE/)
FACEBOOK (HTTPS://WWW.FACEBOOK.COM/THESOURCEMAGAZINE/)    INSTAGRAM (HTTPS://WWW.INSTAGRAM.COM/THESOURCE/)    TWITTER (HTTPS://TWITTER.COM/THESOURCE)