AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AL PEREIRA, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:19-CV-1820 |
| SOURCE DIGITAL, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Source Digital, Inc.                                                                               .

Date:    07/09/2019

_____
*Attorney's signature*

L. Londell McMillan (2442598)
*Printed name and bar number*

The McMillan Firm
240 W. 35 Street. Suite 405
New York, NY 10001

_____
*Address*

llm@thenorthstargroup.biz
*E-mail address*

(646) 559-8314
*Telephone number*

_____
*FAX number*