# EXHIBIT A



**Henry Sherwin <henry@thenorthstargroup.biz>**

# Re: Pereira v. Source Digital, Inc.
1 message

**Katherine Baggett** <katherine@thenorthstargroup.biz>                    Mon, Apr 22, 2019 at 7:19 AM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>
Cc: L Londell McMillan <llm@thenorthstargroup.biz>, Henry Sherwin <henry@thenorthstargroup.biz>

Good morning, Richard,

I don't see a completed proof of service indicating how or when or upon whom this was served. Without waiving any service objections, therefore, to my knowledge, we have not received this. Further, this email is <u>not</u> intended to constitute an acceptance of service, but you are welcome to re-serve the summons and complaint if you wish, and we will respond accordingly once we have received it.

Additionally, if your client has a settlement demand, perhaps it might be productive to discuss that before going through the process of re-serving the complaint.

Kind regards,
Katherine

On Apr 22, 2019, at 1:51 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Hi All,
>
> Did you receive the below complaint? Answer is past due. Thanks.
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
> RL@LiebowitzLawFirm.com
> www.LiebowitzLawFirm.com
>
>
> *******************************************************************
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>
> *******************************************************************
>
>
>
> *******************************************************************
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary

information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************

<Periera v. Source CC Stamped.pdf>

<Pereira v. Source- Complaint Stamped.pdf>

<Exhibit B- Souce Stamped.pdf>

<Exhibit A- Source Stamped.pdf>

<Pereria v. Source- Summons Stamped.pdf>

<Exhibit C- Source Stamped.pdf>