

July 9, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Pereira v. Source Digital, Inc.,* 1:19-cv-01820 (VEC)

Dear Judge Caproni:

    We represent Plaintiff Al Pereia ("Plaintiff") in the above-captioned case. We write in response to Defendant Source Digital's letter, dated July 9, 2019 [Dkt. #21] and defense counsel's untimely notice of appearance [Dkt. #20]

    As a preliminary matter, Plaintiff indicated in his response to the Order to Show Cause that because "Defendant has indicated a willingness to defend this action, Plaintiff does not seek to file a default judgment motion at this juncture but will do so in order to comply with the Court's Order to Show Case." [Dkt. #11] Accordingly, because Defendant has now filed his notice of appearance, Plaintiff respectfully requests leave to withdraw his motion for default judgment so as to allow the case to proceed on the merits.

    However, by defense counsel's own admission, Defendant has been monitoring the ECF docket in this action since April 2019. Defendant therefore knew that Plaintiff was under Court Order to prepare a motion for default judgment [Dkt. # 9] and also knew that it would oppose such motion. Rather than simply filing its notice of appearance weeks ago, Defendant waited until Plaintiff expended the time and resources to prepare and file the motion for default. Once Plaintiff (and the Clerk of Court) had done the work, only then did Defendant file its notice of appearance less than twenty-four hours later. Such gamesmanship should not be awarded by summary dismissal of the action under Rule 41(b), as Defendant requests.

    Finally, despite an opportunity to do so, Defendant has still failed to explain why initial service of the summons and complaint upon the New York Secretary of State was improper. Instead, it boldly maintains, without any authority, that the complaint needed to be served on its business address. Plaintiff therefore renews his request for an Order compelling Defendant to file its response to the initial complaint in a reasonable time.





Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*