UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AL PEREIRA,
                               Plaintiff,

          -against-

SOURCE DIGITAL, INC.,
                             Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/11/2019

19-CV-1820 (VEC)

MEDIATION REFERRAL ORDER AND ORDER TO SHOW CAUSE

VALERIE CAPRONI, District Judge:

       WHEREAS Plaintiff commenced this action on February 26, 2019, Dkt. 1;

       WHEREAS the case was referred to mediation, and Defendant's time to answer or otherwise respond to the Complaint was stayed until 30 days after the conclusion of mediation, Dkt. 8;

       WHEREAS Plaintiff was ordered to file proof of service no later than three days after the effectuation of service, Dkt. 8;

       WHEREAS on June 27, 2019, in response to this Court's order, Plaintiff filed an affidavit of service indicating that service was effectuated nearly four months prior, on February 28, 2019, Dkt. 10;

       WHEREAS the mediation process was terminated on March 25, 2019;

       WHEREAS Defendant did not appear or filed an answer or any other response; and

       WHEREAS Plaintiff failed to move for a default judgment or otherwise taken any formal action to advance the case for approximately four months, until after the undersigned issued an Order to Show Cause; and

       WHEREAS on May 22, 2019, in another, similar matter before the undersigned, this Court suspended, for eighteen months, a civil sanction of $500 against Plaintiff's counsel,

Richard Liebowitz, Esq., for having violated a court order, *see Dvir v. Dancing Astronaut, Inc.*, No. 18-CV-9416, Dkt. 31;

IT IS HEREBY ORDERED that, in light of Defendant's recent appearance in this case, that Plaintiff's request for a default is DENIED. The parties are once again referred to the Mediation Office to facilitate potential settlement under Local Civil Rule 83.9. The parties are hereby notified that Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. No later than **one week** after the conclusion of all mediation in this case, the parties are directed to notify the Court whether they successfully resolved the case in mediation. The Court specifically requests that a mediator with expertise in copyright matters be assigned.

IT IS FURTHER ORDERED that Plaintiff must produce to Defendant, no later than **July 19, 2019**, copies of records sufficient to show the royalty paid the last three times the picture that is at issue in this case was licensed, as well as the number of times the picture was licensed in the last five years. Plaintiff must file proof on ECF, no later than **July 22, 2019**, that the production has been made. Failure to comply with this paragraph will result in an immediate dismissal of the case.

IT IS FURTHER ORDERED that Mr. Richard Liebowitz must show cause, no later than **July 18, 2019**, why he should not be sanctioned $500, apart from the suspended sanction in *Dvir*, for failure to comply with this Court's Mediation Referral Order, dated February 28, 2019, which required him to file proof of service within three days of effectuating service. *See* Dkt. 8.

**SO ORDERED.**

**Date: July 11, 2019**  
**New York, NY**

**VALERIE CAPRONI**  
**United States District Judge**