UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK

AL PEREIRA

                Plaintiff,

- against -

SOURCE DIGITAL, INC.

                Defendant.

1:19-cv-1820-VEC

## CERTIFICATE OF SERVICE

1. I am counsel for Plaintiff in this action and admitted to practice law in this District Court.

2. On July 19, 2019, I let Defendant's counsel know as of that date there was no evidence of licensing of the photograph at issue in the case.

Dated: July 22, 2019
Valley Stream, New York

                LIEBOWITZ LAW FIRM, PLLC

              By: /s/Richard Liebowitz
                  Richard P. Liebowitz
              11 Sunrise Plaza, Suite 305
              Valley Stream, NY 11580
              (516) 233-1660
              RL@LiebowitzLawFirm.com

              *Attorneys for Plaintiff Al Pereira*