November 19, 2019

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Pereira v. Source Digital, Inc. (1:19-cv-1820-VEC)*

Dear Judge Caproni,

We represent Plaintiff, Al Pereira, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                            Respectfully submitted,

                                            /s/Richard Liebowitz
                                            Richard P. Liebowitz

                                            *Counsel for Plaintiff Al Pereira*

