# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 15, 2019

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***Pereira v. Source Digital, Inc. (1:19-cv-1820-VEC)***

Dear Judge Caproni,

We represent Plaintiff, Al Pereira, in the above in-captioned case. We respectfully request an extension until January 31, 2020 to either re-open the case or file our stipulation of dismissal. Plaintiff is waiting for the settlement payment which is due by next month.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Al Pereira*


Liebowitz Law Firm, PLLC