

**Liebowitz Law Firm, PLLC**
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 15, 2019

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

Re: *Pereira v. Source Digital, Inc. (1:19-cv-1820-VEC)*

**MEMO ENDORSED**

Dear Judge Caproni,

We represent Plaintiff, Al Pereira, in the above in-captioned case. We respectfully request an extension until January 31, 2020 to either re-open the case or file our stipulation of dismissal. Plaintiff is waiting for the settlement payment which is due by next month.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Al Pereira*

---

Application DENIED. The Court does not hold cases open for payment unless the parties file the settlement agreement on the public docket and ask the Court to retain enforcement jurisdiction.

SO ORDERED.   Date: 12/17/2019

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Liebowitz Law Firm, PLLC